Jen-Feng Lee, SBN 204328
jflee@ltpacificlaw.com
Kenneth K. Tanji, Jr., SBN 162273
ktanji@ltpacificlaw.com
**LT Pacific Law Group, LLP**
17800 Castleton Street, #560
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

Attorneys for Plaintiff
XIAMEN YIZONG TRADING CO. LTD.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAMEN YIZONG TRADING CO. LTD., a Chinese corporation;<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, a Delaware corporation; XIAMEN NARUNFA BIOLOGICAL TECHNOLOGY CO.LTD., a Chinese corporation; XIAMEN JIELUNHAI JIXIE ZHIZHAO CO. LTD., a Chinese corporation; and DOES 1 - 10, inclusive,<br><br>Defendants. | Case No.:<br><br>Complaint for:<br><br>1. Copyright Infringement<br>2. Vicarious Copyright Infringement<br>3. Unfair Competition |

Come now XIAMEN YIZONG TRADING CO. LTD ("XYT" or "Plaintiff"), and for its Complaint stated as follows:

Complaint
1

## PARTIES

1. Plaintiff XIAMEN YIZONG TRADING CO. LTD. ("XYT" or Plaintiff), is a Chinese business located at 18th Floor, Building 5, Guanyinshan International Operation Center, No. 171, Tapu East Road, Siming District, Xiamen, Fujian, 361000, China.

2. Plaintiff is in the business of product design, including the designs for household and sports equipment. Plaintiff values its own intellectual property ("IP") protection and, from time to time, registers its IP right with the appropriate authorities.

3. Plaintiff's IP portfolio includes some protected copyright subject matters that are registered with United States Copyright Office.

4. On information and belief, Defendant Amazon.com is a Delaware corporation headquartered in the State of Washington, at the address of 410 Terry Avenue Norther, Seattle, WA 98109.

5. On information and belief, Amazon.com does substantial business in various locations across America, including tin his district.

6. On information and belief, Defendant Xiamen Narunfa Biological Technology Co, Ltd. ("XNBT") is a business located at 2B Room No.23 XiangXing First Road Xiamen Area of China (FuJian) Pilot Free Trade Zone, Xiamen, Fujian, 36100, China.

7. On information and belief, Defendant XNBT has an Amazon store name of "NC Direct", with a seller ID of A1O5COYQM263N1. By doing business on the Amazon platform, Defendant XNBT in fact does substantial amount of business in this judicial district.

8. On information and belief, Defendant Xiamen Jielunhai Jixiezhizhao Co, Ltd. ("XJJ") is a business located at Tongan District Hongtangtou Road One, #126, Unit 8 First Floor, North Side, Area C, Xiamen, Fujian, 361116.

63359

9. On information and belief, Defendant XJJ has an Amazon store name of "NH MARINE", with a seller ID of A3O2OKS4PND3AN. By doing business on the Amazon platform, Defendant XJJ in fact does substantial amount of business in this judicial district.

10. The true names and capacities of other unidentified defendants, currently sued as DOE defendants, are presently unknown to Plaintiff. Plaintiff will later seek leave of this Court to amend this Complaint accordingly, after reasonable discovery is conducted.

## JURISDICTION AND VENUE

11. The action arises under title 17 of the United States Code, section 501, et seq. This Court has subject matter jurisdiction under 28 U.S.C. §§1331.

12. The state law claims or common law claims asserted herein arise out of facts common to the federal claims, all of which are so related that they form part of the same case or controversy, and can be expected to be tried in a common action. This Court of the United States therefore has supplemental jurisdiction over the state law or common law claims pursuant to 28 U.S.C. §1367.

13. This Court has personal jurisdiction over Defendant as their business activities in this Court, including, but not limited to, sales activities and other tortious conducts more than exceed the minimum contact threshold.

14. Venue for this action is proper under 28 U.S.C. §1391, because a substantial part of the events giving rise to the claims for relief occurred in this district.

## GENERAL ALLEGATIONS

15. Plaintiff is the exclusive holder of the copyright VA 2-266-700 ("700 Copyright") by written assignment, related to the artistic rendition of a boat seat design as shown in the 700 Copyright.

16. The certificate of the 700 Copyright, along with the depository material of the protected design, is attached herein as Exhibit A.
17. Plaintiff holds the exclusive rights to the 700 Copyright; such rights include the rights to make duplication, adaptation, public display, etc.
18. Plaintiff's 700 Copyright is made accessible to the public, after creation in 2019, to the public on the Internet, including to the Defendants.
19. It has come to Plaintiff's attention that Defendants, having access to the 700 Copyright subject matter, copied the content of, or made derivative work out of, the 700 Copyright, without Plaintiff's authorization.
20. The copyright and the infringing product images are placed in the table below:

| Plaintiff's copyrighted design | Defendant XNBT's infringing design |
| --- | --- |
|  |  |

| Plaintiff's copyrighted design | Defendant XJJ's infringing design |
| --- | --- |
|  |  |

21. Defendant XNBT's infringing design can be seen at the link of:

https://www.amazon.com//dp/B08MXXZ5X6.

22. Defendant XJJ's infringing design can be seen at the link of:

https://www.amazon.com/dp/B094NBN2CN.

23. On information and belief, infringing product images known as NORTHCAPTAIN T1 Deluxe Low Back Folding Boat Seat have the following ASIN numbers:

B089NRZBBZ

B08MXXZ5X6

B089NRZBBZ

B07P7CXR6P

B07P8J64MJ

B07Z2HNWN5

B08H2CQNS3

B08MXX4L45

B07Z2HLZ61

B07Z2HKCM3

B07S3H2DLQ

B07RH6PMPZ

B07RH6PMPZ

B07RKFW2WW

B083QHVSYH

24. On information and belief, infringing product images known as NESHULT Premium Marine Low Back Folding Boat Seat have the following ASIN numbers:

B094NBN2CN

B094NBQP54

B09F3DPJ8W

Complaint

5

B096Z2KLJT

B094NBN2CN

B094NB1TDZ

B094N9M4Y3

B094N9YLRB

B094NB4YGV

B094N9ML1Q

B094NDB29W

B094N8HZNX

25. The infringing image of the product is more than substantially similar to Plaintiff's 700 Copyright protected design.

26. On information and belief, the suppliers and/or sellers of the infringing product and/or image are Defendants XNBT and XJJ.

27. Plaintiff is harmed by Defendants' infringement.

## CLAIM I: Copyright Infringement
### (Against All Defendants)

28. Plaintiff incorporate prior allegations as if fully set forth herein.

29. Defendants' product images as shown herein are substantially similar to Plaintiff's protected subject matter.

30. Defendants' uses are unauthorized resulting in damages to Plaintiff.

31. Plaintiff suffered damages in an amount to be proven at trial.

## CLAIM II: Vicarious Copyright Infringement
### (Against Amazon.com)

32. Plaintiff incorporate prior allegations as if fully set forth herein.

33. Defendant Amazon.com has the right and ability to control or supervise the infringing activities of Defendant XNBT and XJJ whose action infringed upon Plaintiff's 700 Copyright.
34. Defendant Amazon.com has a direct financial interest in the infringing activities of XNBT and XJJ, entitling Plaintiff to the same relief against Amazon.com sought in the direct copyright infringement claim stated in Claim I.

## CLAIM III: Unfair Business Practice
### (Against All Defendants)

35. Plaintiff incorporate prior allegations as if fully set forth herein.
36. Defendants' acts as complained herein are unfair business practices in that consumers are misled into thinking that Defendant's business activities are authorized by Plaintiff.
37. Defendants' acts as complained herein, including further acts to be discovered, are unlawful and unfair, and infringed upon Plaintiff's exclusive copyright.
38. Defendants' wrongfully received monies, profits, and/or properties that rightfully belong to Plaintiff, and Plaintiff is entitled to restitution or restoration thereof in an amount to be proven at trial.
39. Defendants' wrongful acts are unfair competition and are violative of the Unfair Competition provision under section 17200 of the California Business and Professional Code.
40. Defendants will continue to cause harms to Plaintiff for the acts complained herein, unless the Court issues an order restraining the acts complained herein.

## Prayer for Relief

WHEREFOR, Plaintiff respectfully requests that the Court find for Plaintiff's favor and against Defendants, for the following relief:

a. Judgment that Defendants are liable for the claims asserted;
b. Compensatory and/or statutory damages in an amount to be proven at trial for the infringement stated herein;
c. Pre-judgment and post-judgment interest as allowed by law;
d. Attorney fees and costs;
e. Such other reliefs as the Court may deem just and proper.
f. Decree that Plaintiff is the prevailing party.

Dated:   July 12, 2022                              Respectfully Submitted,

                                                    /s/ Jen-Feng Lee
                                                    _____

                                                    Jen-Feng (Jeff) Lee
                                                    Attorney for Plaintiff

## Demand For Trial by Jury

Plaintiff, pursuant to Rule 38 of the Federal Rules of Civil Procedure, hereby demand a trial by jury.

Dated:   July 12, 2022                                        Respectfully Submitted,

/s/ Jen-Feng Lee

Jen-Feng (Jeff) Lee

Attorney for Plaintiff